CARLOS P. TUCKER, Respondént, *v.* THE EDISON ELECTRIC ILLUMINATING COMPANY OF NEW YORK, Appellant.

*Tucker* v. *Edison Electric Ill. Co.,* 100 App. Div. 407, affirmed.
(Argued February 7, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 14, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Henry J. Hemmens* and *Samuel A. Beardsley* for appellant.

*George J. McEwan* and *Frank M. Hardenbrook* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.